**Fill in this information to identify the case:**

Debtor name: **One State Street Associates, L.P.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **17-14291**

☒ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Penn Community Bank**<br>Creditor's Name<br><br>**107 Floral Vale Blvd**<br>**Morrisville, PA 19067**<br>Creditor's mailing address<br><br>**loanservicing@penncommunitybank.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/29/04**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**first mortgage on 1 South State Street, Newtown, PA and 4 East Washington Avenue, Newtown, PA**<br><br>**Describe the lien**<br>**first mortgage lien**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$491,000.00** | **$2,000,000.00** |
| **2.2** **Prudential Savings Bank**<br>Creditor's Name<br><br>**1834 W. Oregon Avenue**<br>**Philadelphia, PA 19145**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**first mortgage lien on 110 N. State Street, Newtown, PA**<br><br>**Describe the lien**<br>**first mortgage lien**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$662,130.00** | **$1,000,000.00** |

| Debtor | **One State Street Associates, L.P.** | Case number (if know) | **17-14291** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **Prudential Savings Bank** | Describe debtor's property that is subject to a lien | $729,000.00 | $2,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **second mortgage lien on One South State Street, Newtown, PA and 4 East Washington Avenue, Newtown, PA** | | |
| | **1834 W. Oregon Avenue Philadelphia, PA 19145** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **second mortgae liens** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $1,882,130.00

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |